IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANIEL LEE GARRETT | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-202 |
| TEXAS DEP'T CRIM. JUST., ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Daniel Lee Garrett, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Texas Department of Criminal Justice, the Jefferson County Correctional Facility, and Corrhealth.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On March 31, 2025, the magistrate judge recommended denying Plaintiff's Motion for Default Judgment and Plaintiff's Supplemental Motion for Default Judgment. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 14] is ADOPTED. Plaintiff's Motion for Default Judgment [Dkt. 11] and Plaintiff's Supplemental Motion for Default Judgment [Dkt. 12] are DENIED.

**SIGNED this 9th day of September, 2025.**

Michael J. Truncale
United States District Judge