IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DANIEL LEE GARRETT                 §

VS.                                §        CIVIL ACTION NO.  1:24-CV-202

TEXAS DEP'T CRIM. JUST., ET AL.     §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Daniel Lee Garrett, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Texas Department of Criminal Justice, the Jefferson County Correctional Facility, and Corrhealth.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On November 19, 2025, the magistrate judge recommended dismissing the claims against the Texas Department of Criminal Justice and the Jefferson County Correctional Facility.  Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  To date, the parties have not filed objections to the reports.

The Court received and considered the Reports and Recommendations of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Reports and Recommendations of United States Magistrate Judge [Dkt. 22 and Dkt. 23] are ADOPTED. The Texas Department of Criminal Justice and the Jefferson County Correctional Facility are DISMISSED from this action. The Motion to Dismiss for Insufficient Service [Dkt. 18] is DENIED as moot.

**SIGNED this 12th day of March, 2026.**

Michael J. Truncale
United States District Judge